UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIEH, INC.,

                Plaintiff,

        -v-

TEKNO PRODUCTS, INC., et al.,

                Defendants.

19-CV-0178 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Having considered Ever Victory Technology Limited's unopposed motion to intervene and substitute, the Court grants Ever Victory Technology Limited's request to intervene as plaintiff with respect to Count I and be substituted as plaintiff with respect to Count II.

    The Clerk of Court is directed to adjust the list of parties accordingly.

    SO ORDERED.

Dated: August 28, 2020
       New York, New York

                                              J. PAUL OETKEN
                                            United States District Judge