UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIEH, INC.,

                Plaintiff,

        -v-

TEKNO PRODUCTS, INC., et al.,

                Defendants.

19-CV-178 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    This action commenced on January 7, 2019. (*See* Dkt. No. 1.) On September 11, 2019, the Court stayed the action pending the outcome of litigation in the Northern District of Illinois (Dkt. No. 41 at 7.) Now, the Illinois case has been dismissed pursuant to settlement under undisclosed terms. In light of that settlement — and the fact that the Illinois litigation can no longer shed light on the scope of the rights at issue — the Court hereby lifts the stay in this action.

    The Court also directs the parties in this action as well as in the related case (19-CV-486) to appear for a telephonic status conference on February 23, 2021, at 11:00 A.M., by dialing (888) 557-8511 and entering access code 9300838.

    The Clerk of Court is directed to lift the stay in this case.

    SO ORDERED.

Dated: February 2, 2021
       New York, New York

                                                  _____
                                                      J. PAUL OETKEN
                                               United States District Judge